THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Elijah McKnight,       
Appellant.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-041
Submitted November 20, 2002  Filed 
 January 15, 2003

APPEAL DISMISSED

 
 
 
Chief Appellate Defender Daniel T. Stacey, of Columbia, for 
 appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 and Solicitor Warren B. Giese, all of Columbia, for respondent.
 
 
 

 PER CURIAM:          
 Elijah McKnight pled guilty to criminal domestic violence, third degree and 
 was sentenced to three years imprisonment suspended on the service of one year 
 in prison and successful completion of three years of probation.  Pursuant to 
 Anders v. California, 386 U.S. 738 (1967), McKnights counsel attached 
 a petition to be relieved.  McKnight did not file a pro se response.
After review of the record pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss McKnights appeal and grant 
 counsels petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.